

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**FILED**
CHARLOTTE, NC

SEP 15 2015

US DISTRICT COURT
WESTERN DISTRICT OF NC

|   |   |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> 1) JAMES DEE BALL </br>    a/k/a D Ball </br> 2) KELSIE MARIE BURCH </br> 3) THERESA LORENE BURNS </br> 4) ANNA MARIE POSTELL COCHRAN </br> 5) THOMAS BART COCHRAN </br>    a/k/a Bart </br> 6) JEREMIAH JEROME GIBBY </br> 7) HOKE BENJAMIN CALEB HAYES </br>    a/k/a Caleb </br> 8) BRYAN KEITH JENKINS </br> 9) RAY CHAD LEQUIRE </br> 10) AMANDA BROOKE MCKINNEY </br>    a/k/a Amanda Parton </br> 11) MIRANDA NATIONS </br> 12) TAMMIE LYNN PAYNE </br> 13) BRANDI LYNN SMITH </br> 14) GREGORY DANIEL STEEDLY </br> 15) CAIN HAMILTON STRICKLAND </br> 16) SEBERN TODD WYATT | DOCKET NO. 1:15 CR 85 </br></br> **SEALING ORDER** |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 15 day of September, 2015.

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE