UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



FILED IN COURT ASHEVILLE, N.C. SEP 1 8 2015 U.S. DISTRICT COURT W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:15CR85 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| 1) JAMES DEE BALL ) | |
|   a/k/a D Ball ) | |
| 2) KELSIE MARIE BURCH ) | |
| 3) THERESA LORENE BURNS ) | |
| 4) ANNA MARIE POSTELL COCHRAN ) | |
| 5) THOMAS BART COCHRAN ) | |
|   a/k/a Bart ) | |
| 6) JEREMIAH JEROME GIBBY ) | |
| 7) HOKE BENJAMIN CALEB HAYES ) | |
|   a/k/a Caleb ) | |
| 8) BRYAN KEITH JENKINS ) | |
| 9) RAY CHAD LEQUIRE ) | |
| 10) AMANDA BROOKE MCKINNEY ) | |
|   a/k/a Amanda Parton ) | |
| 11) MIRANDA NATIONS ) | |
| 12) TAMMIE LYNN PAYNE ) | |
| 13) BRANDI LYNN SMITH ) | |
| 14) GREGORY DANIEL STEEDLY ) | |
| 15) CAIN HAMILTON STRICKLAND ) | |
| 16) SEBERN TODD WYATT ) | |
| ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 18th day of September, 2015.

HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE