IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 85-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| V | ) | **ORDER** |
| JAMES DEE BALL, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Charles R. Brewer's Application for Admission to Practice *Pro Hac Vice* of Alton Burnell Johnson. It appearing that Alton Burnell Johnson is a member in good standing with the Georgia State Bar and will be appearing with Charles R. Brewer, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorneys seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#145) is **GRANTED**, and that Alton Burnell Johnson is

**ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Charles R. Brewer.

Signed: October 14, 2015

Dennis L. Howell
United States Magistrate Judge